


# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

### IN THE UNITED STATES DISTRICT COURT

FOR THE <u>WESTERN</u>    **DISTRICT OF** <u>WISCONSIN</u>

(Full name of plaintiff(s))

## Andrew Dean Hanson

vs

(Full name of defendant(s))

## Trempealeau County,

## Officer Hernandez, and

## John/Jane Doe Officers

Case Number:

## 26-cv-00701-wmc

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of <u>Minnesota</u> and resides at
(State)

## 1012 E Grove St, Caledonia, MN 55921

(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant __Officer Hernandez__

(Name)

is (if a person or private corporation) a citizen of __Wisconsin__

(State, if known)

and (if a person) resides at __(Unknown)__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Trempealeau County Sheriff's Office / Galesville Police Department__

(Employer's name and address, if known)

See attached sheet for additional defendants

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. On August 2, 2023, I was subjected to a pretextual traffic stop in Trempealeau

County by Officer Hernandez without valid probable cause.

2. During the stop, Officer Hernandez unlawfully prolonged my detention. After

conducting an initial field sobriety test on the street, he unlawfully transported me to

the Galesville police station to perform a second set of field sobriety tests.

3. Relocating me to a police facility without formal arrest or probable cause constituted

an unlawful de facto arrest and an unreasonable seizure under the 4th Amendment.

4. Two additional officers arrived at the station to observe and mock me during this

unjustified detention, demonstrating the retaliatory, harassing, and non-investigatory

nature of the encounter.

5. Despite possessing no valid probable cause to justify the initial stop, the transport, or the prolonged detention, Officer Hernandez unlawfully issued citations for OWI and refusal. A civil default judgment was subsequently entered on these citations strictly due to structural abandonment and neglect by my private legal counsel. I am filing this federal complaint now to preserve my Fourth Amendment claims regarding the unconstitutional seizure, forced transport, and prolonged detention that occurred on the side of the road and at the station, regardless of my former attorney's failures in state court.

6. This August 2, 2023 encounter represents an ongoing pattern and practice (Monell claim) of unconstitutional targeting, harassment, and retaliation by Trempealeau County law enforcement. This systemic retaliation originated in 2008 when Blair Police Chief Tim Wheeler utilized extreme excessive force—including prolonged tasing and a forced 180 mg clonazepam overdose—against me, initiating a multi-decade pattern of abuse and constitutional violations.

Continued on Attachment B

Attachment One (Complaint) – 3

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____ .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1. Compensatory Damages in an amount to be determined at trial for the unlawful deprivation of my physical liberty, emotional distress, and the violation of my 4th Amendment rights caused by the unlawful transport and prolonged detention.

2. Punitive Damages against Officer Hernandez in his individual capacity, as his actions were taken with malicious intent and reckless disregard for my federally protected constitutional rights.

3. Municipal Damages against Trempealeau County for its pattern, practice, and history of constitutional abuses under the Monell doctrine.

4. Declaratory Judgment stating that the transport to the station for secondary field sobriety testing without formal arrest or probable cause violated the 4th Amendment.

5. Any other relief this court deems just and proper.

E.    JURY DEMAND

[✔]    Jury Demand - I want a jury to hear my case
                        OR
[ ]    Court Trial – I want a judge to hear my case

Dated this __27th__ day of __July__ 20__26__ .

Respectfully Submitted,

_Andrew D Hanson_
Signature of Plaintiff

## (608) 860-6688
Plaintiff's Telephone Number

## ahanson216@gmail.com
Plaintiff's Email Address

## 1012 E Grove St

## Caledonia, MN 55921
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✔]    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5